45 So.2d 871

### Lawton THOMPSON v. STATE.
#### 8 Div. 872.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

48 So.2d 895

### Lawton THOMPSON v. STATE.
#### 8 Div. 933.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 868

### George THORNTON v. STATE.
#### 5 Div. 289.

Court of Appeals of Alabama.
March 28, 1950.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen. for the State.

CARR, Judge.
Appeal dismissed.

46 So.2d 868

### George THORNTON v. STATE.
#### 5 Div. 290.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Driving while intoxicated.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

51 So.2d 919

### Passel (alias Pascal) Brooks TUBBS v. STATE.
#### 6 Div. 88.

Court of Appeals of Alabama.

Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

48 So.2d 895

### Dan TURBYFILL v. STATE.
#### 8 Div. 937.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.